IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CARLA T. LEWIS,
        Plaintiff,

v.                                            Civil Action No. 3:20-cv-048

FIDELITY DIRECT MORTGAGE, LLC,
        Defendant.

## ORDER

        This matter comes before the Court on several notices of removal filed by Carla T. Lewis. (Dk. No. 26.) On December 6, 2019, Carla T. Lewis filed this case in the Richmond County Circuit Court. On January 28, 2020, the defendant removed the case to this Court. Lewis now seeks to remove various state court cases unrelated to this action.

        Lewis' request is procedurally improper. 28 U.S.C. § 1441 allows *defendants* to remove a case from state court to federal court. *See* 28 U.S.C. § 1441. Here, Lewis seeks to remove several cases in which she is the plaintiff. Because a plaintiff cannot remove a case she filed in state court to federal court, the Court DENIES the request to remove her pending cases to this Court.

        It is so ORDERED.

        Let the Clerk send a copy of this Order to all counsel of record and to the pro se plaintiff.

Date: 22 July 2020
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge